United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Mark Benson, and others, Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Carnival Corporation, Defendant. ) <br> ) | Civil Action No. 23-23408-Civ-Scola |

### Order Adopting Magistrate Judge's Report And Recommendation

This matter was referred to United States Magistrate Judge Lauren F. Louis for a report and recommendation (ECF No. 34). On July 29, 2024, Judge Louis issued a report, recommending that Plaintiff's Motion to Strike Defendant's Affirmative Defense be granted. (R. & R., ECF No. 46.) The Defendant has not filed objections to the report, and the time to do so has passed.

The Court has considered Judge Louis's report, the record, and the relevant legal authorities. The Court finds Judge Louis's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Louis's report and recommendation (**ECF No. 46**). The Court **grants** the Plaintiff's Motion to Strike Defendant's Affirmative Defense. (**ECF No. 33**.)

**Done and ordered**, at Miami, Florida, on August 14, 2024.

_____
Robert N. Scola, Jr.
United States District Judge