UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23-cv-23408-SCOLA/Louis

AMY CURTIS, STEPHEN DUBOIS,
ANTHONY MOSS, AND
RICHARD JASPER,
    Plaintiffs,

v.

CARNIVAL CORPORATION,
    Defendant
_____/

**MOTION TO PERMIT COUNSEL ABBY IVEY TO APPEAR VIA REMOTE ATTENDANCE AT APRIL 3, 2025 EVIDENTIARY HEARING**

ARONFELD TRIAL LAWYERS asks this Court to allow counsel Abby Ivey to appear via remote appearance at the scheduled April 3, 2025 evidentiary hearing, and in support thereof, states:

1. Defendant moved to dismiss Amy Curtis' complaint for willful discovery misconduct and for sanctions against Amy Curtis and Aronfeld Trial Lawyers. Pursuant to this Court's Order Rescheduling Evidentiary Hearing [DE 154], the evidentiary hearing on Defendant's Motion [DE 150] is scheduled for April 3, 2025, at 10:00 AM.

2. Abby Ivey, a lawyer with Aronfeld Trial Lawyers, is one of the lawyers of record for the Plaintiffs in this case.[1] While her office address remains in Coral Gables, Florida, she resides with her family and two minor children in Gainesville, Alachua County, Florida.

3. Ms. Ivey is the primary caretaker of her minor children (three and six years of age) and due to their age, Ms. Ivey requests the Court's permission to attend the April 3, 2025 evidentiary hearing by any remote means the Court deems suitable.

4. Notably, Ms. Ivey appeared before this Court via remote means on previous occasions. This requested remote appearance will not interfere with the handling of the evidentiary hearing but will enable Ms. Ivey to participate as needed while still attending to her minor children.

5. Pursuant to S.D. Fla. L. R. 7.1(a)(3), counsel for Plaintiff certifies that counsel conferred with counsel for Defendant (Noah Silverman) regarding this motion and represents that the Defendant has not provided a position on the motion.

---

[1] Ms. Ivey, an associate attorney, was not lead counsel.

6. A form of proposed order is attached.

For these reasons, ATL requests entry of an order allowing counsel Abby Ivey to attend the April 3, 2025 evidentiary hearing by telephone and/or any other remote means the Court deems suitable.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 28, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served upon all counsel of record or pro se parties via transmissions of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. The forgoing document is also being served on AMY CURTIS on March 28, 2025, by electronic mail to Amy Curtis at mzcurtis35@gmail.com.

Respectfully submitted,

By: */s/ Spencer M. Aronfeld*
**Spencer M. Aronfeld**
aronfeld@aronfeld.com
Florida Bar No. 905161
**Matthias Hayashi**
mhayashi@aronfeld.com
Florida Bar No. 115973
**Abby Hernández Ivey**
Florida Bar No. 1002774
aivey@aronfeld.com
**ARONFELD TRIAL LAWYERS**
1 Alhambra Plaza | Penthouse
Coral Gables, FL 33134
P: (305) 441-0440
F: (305) 441-0198
***Attorneys for Plaintiffs***

By: */s/ Benedict P. Kuehne*
**Benedict P. Kuehne**
Florida Bar No. 233293
Miami Tower, Suite 3650
100 S.E. 2 Street
Miami, FL 33131-2154
Tel: (305) 789-5989
ben.kuehne@kuehnelaw.com
efiling@kuehnelaw.com
***Counsel for ATL***